## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

In re:                                          §
                                                §
Peter Andrew Treglia, Sr.                       §        Case No. 6:14-bk-03706-CCJ
Penny Maxine Treglia                            §
                                                §
                    Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $         .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $         , for a total compensation of $         [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $          , for total expenses of $         [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Leigh R. Meininger _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 14-03706 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: Leigh R. Meininger |

Case Name: Peter Andrew Treglia, Sr.  
Penny Maxine Treglia  
For Period Ending: 10/23/2014

Date Filed (f) or Converted (c): 03/31/2014 (f)  
341(a) Meeting Date: 05/01/2014  
Claims Bar Date: 09/04/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Residence Location: 1348 N. Wembley Circle, Port Orange Fl 3 | 199,000.00 | 0.00 | OA | 0.00 | FA |
| 2.  Wells Fargo - Checking Account Husband's Social Security | 221.00 | 0.00 | | 0.00 | FA |
| 3.  Wells Fargo - Checking Account Husband's Va Disability, Wife | 78.00 | 0.00 | | 0.00 | FA |
| 4.  3 Br, Lr, Dr, W/D, 3 Tvs, 1 Laptop, 2 Desktops, 1 Printer | 700.00 | 0.00 | | 0.00 | FA |
| 5.  Clothing | 75.00 | 0.00 | | 0.00 | FA |
| 6.  Costume Jewelry | 10.00 | 0.00 | | 0.00 | FA |
| 7.  Axa Equitable Ira | 731.00 | 0.00 | | 0.00 | FA |
| 8.  2001 Nissan Xterra Mileage: 100,000 Vin: 5N1ed28y01c534644 N | 2,350.00 | 2,000.00 | | 2,000.00 | FA |
| 9.  2003 Chevrolet S10 Mileage: 30,000 Vin: 1Gccs19h938173558 Ve | 4,187.00 | 0.00 | OA | 0.00 | FA |
| 10.  2004 Toyota Scion Mileage: 58,000 Vin: Jtlkt324340167691 Nee | 1,650.00 | 1,500.00 | | 1,500.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $209,002.00    $3,500.00    $3,500.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

05/01/14: 341 meeting concluded for follow up on vehicles.

06/04/14: Notice of Abandonment of Property is filed (Document Number 11).  Notice of Intent to Sell Property of the Estate is filed (Document Number 12).

07/22/14: Notice of Completion of Sale is filed (Document Number 16).

09/25/14: Claims review complete.

Initial Projected Date of Final Report (TFR): 03/18/2015        Current Projected Date of Final Report (TFR): 10/23/2014

Exhibit A

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 14-03706
Case Name: Peter Andrew Treglia, Sr.
Penny Maxine Treglia

Taxpayer ID No: XX-XXX5986
For Period Ending: 10/23/2014

Trustee Name: Leigh R. Meininger
Bank Name: Bank of Kansas City
Account Number/CD#: XXXXXX5132
Checking
Blanket Bond (per case limit): $3,700,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/02/14 | | Peter Andrew Treglia, Sr. 1348 N. WEMBLEY CIRCLE PORT ORANGE, FL  32128 | Buyback | | | $3,500.00 | | $3,500.00 |
| | | | Gross Receipts | $3,500.00 | | | | |
| | 8 | | 2001 Nissan Xterra Mileage: 100,000 Vin: 5N1ed28y01c534644 N | $2,000.00 | 1129-000 | | | |
| | 10 | | 2004 Toyota Scion Mileage: 58,000 Vin: Jtlkt324340167691 Nee | $1,500.00 | 1129-000 | | | |
| 06/30/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,490.00 |
| 07/31/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,480.00 |
| 08/29/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,470.00 |
| 09/30/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,460.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,500.00 | $40.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,500.00 | $40.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,500.00 | $40.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5132 - Checking | $3,500.00 | $40.00 | $3,460.00 |
| | $3,500.00 | $40.00 | $3,460.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,500.00 |
| Total Gross Receipts: | $3,500.00 |

Page Subtotals:                    $0.00          $0.00

# Middle District of Florida
# Claims Register

### 6:14-bk-03706-CCJ Peter Andrew Treglia, Sr. and Penny Maxine Treglia

| | |
|---|---|
| **Judge:** Cynthia C. Jackson | **Chapter:** 7 |
| **Office:** Orlando | **Last Date to file claims:** 09/04/2014 |
| **Trustee:** Leigh R Meininger | **Last Date to file (Govt):** |

| Creditor:          (24645458)<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | **Claim No: 1**<br>*Original Filed<br>Date:* 06/06/2014<br>*Original Entered<br>Date:* 06/06/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Discover Bank (MD)<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $5208.60 | |
|---|---|---|---|

| *History:* | | | |
|---|---|---|---|
| Details | 1-1 | 06/06/2014 | Claim #1 filed by Discover Bank, Amount claimed: $5208.60 (Discover Bank (MD)) |

| *Description:* |
|---|

| *Remarks:* |
|---|

| Creditor:          (24656976)<br>Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 2**<br>*Original Filed<br>Date:* 06/11/2014<br>*Original Entered<br>Date:* 06/11/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Dhar Sandhu<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $179.71 | |
|---|---|---|---|

| *History:* | | | |
|---|---|---|---|
| Details | 2-1 | 06/11/2014 | Claim #2 filed by Quantum3 Group LLC as agent for, Amount claimed: $179.71 (Sandhu, Dhar ) |

| *Description:* (2-1) Unsecured Debt |
|---|

| *Remarks:* |
|---|

| Creditor:          (24656977)<br>Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 3**<br>*Original Filed<br>Date:* 06/11/2014<br>*Original Entered<br>Date:* 06/11/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Dhar Sandhu<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $1977.07 | |
|---|---|---|---|

| *History:* | | | |
|---|---|---|---|
| Details | 3-1 | 06/11/2014 | Claim #3 filed by Quantum3 Group LLC as agent for, Amount claimed: $1977.07 (Sandhu, Dhar ) |

| *Description:* (3-1) Unsecured Debt |
|---|

| *Remarks:* |
|---|

| Creditor:        (24673009)<br>First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NE 68197 | **Claim No: 4**<br>*Original Filed*<br>*Date:* 06/17/2014<br>*Original Entered*<br>*Date:* 06/17/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Auto-Claim Filer<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $915.86 | |
|---|---|---|---|

*History:*

| Details | 4-1 | 06/17/2014 | Claim #4 filed by First National Bank of Omaha, Amount claimed: $915.86 (Auto-Claim Filer) |
|---|---|---|---|

*Description:*

*Remarks:* (4-1) Account Number (last 4 digits):4996

---

| Creditor:        (24679312)<br>Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 5**<br>*Original Filed*<br>*Date:* 06/19/2014<br>*Original Entered*<br>*Date:* 06/19/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* American InfoSource, LP (AM)<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $1296.77 | |
|---|---|---|---|

*History:*

| Details | 5-1 | 06/19/2014 | Claim #5 filed by Capital One, N.A., Amount claimed: $1296.77 (American InfoSource, LP (AM)) |
|---|---|---|---|

*Description:*

*Remarks:*

---

| Creditor:        (24679373)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 6**<br>*Original Filed*<br>*Date:* 06/19/2014<br>*Original Entered*<br>*Date:* 06/19/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* American InfoSource, LP (AM)<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $1009.36 | |
|---|---|---|---|

*History:*

| Details | 6-1 | 06/19/2014 | Claim #6 filed by Capital One Bank (USA), N.A., Amount claimed: $1009.36 (American InfoSource, LP (AM)) |
|---|---|---|---|

*Description:*

*Remarks:*

---

| Creditor:        (24679373)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 7**<br>*Original Filed*<br>*Date:* 06/19/2014<br>*Original Entered*<br>*Date:* 06/19/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* American InfoSource, LP (AM)<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $1408.96 | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 7-1 | 06/19/2014 | Claim #7 filed by Capital One Bank (USA), N.A., Amount claimed: $1408.96 (American InfoSource, LP (AM)) |

| Description: |
|---|

| Remarks: |
|---|

| Creditor:          (24679373)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 8**<br>*Original Filed Date*: 06/19/2014<br>*Original Entered Date*: 06/19/2014 | *Status*:<br>*Filed by*: CR<br>*Entered by*: American InfoSource, LP (AM)<br>*Modified*: |
|---|---|---|

| Amount | claimed: | $1789.38 | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 8-1 | 06/19/2014 | Claim #8 filed by Capital One Bank (USA), N.A., Amount claimed: $1789.38 (American InfoSource, LP (AM)) |

| Description: |
|---|

| Remarks: |
|---|

| Creditor:          (24679373)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 9**<br>*Original Filed Date*: 06/19/2014<br>*Original Entered Date*: 06/19/2014 | *Status*:<br>*Filed by*: CR<br>*Entered by*: American InfoSource, LP (AM)<br>*Modified*: |
|---|---|---|

| Amount | claimed: | $1683.47 | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 9-1 | 06/19/2014 | Claim #9 filed by Capital One Bank (USA), N.A., Amount claimed: $1683.47 (American InfoSource, LP (AM)) |

| Description: |
|---|

| Remarks: |
|---|

| Creditor:          (24679312)<br>Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 10**<br>*Original Filed Date*: 06/19/2014<br>*Original Entered Date*: 06/19/2014 | *Status*:<br>*Filed by*: CR<br>*Entered by*: American InfoSource, LP (AM)<br>*Modified*: |
|---|---|---|

| Amount | claimed: | $3587.74 | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 10-1 | 06/19/2014 | Claim #10 filed by Capital One, N.A., Amount claimed: $3587.74 (American InfoSource, LP (AM)) |

| Description: |
|---|

| Remarks: |
|---|

| Creditor:          (24707057) | **Claim No: 11** | *Status*: |
|---|---|---|

American InfoSource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

*Original Filed
Date:* 06/30/2014
*Original Entered
Date:* 06/30/2014

*Filed by:* CR
*Entered by:* American InfoSource (LW)
*Modified:*

Amount claimed: $2552.62

*History:*

| Details | 11-1 | 06/30/2014 | Claim #11 filed by American InfoSource LP as agent for, Amount claimed: $2552.62 (American InfoSource (LW)) |

*Description:*

*Remarks:*

---

*Creditor:* (24737162)
Army & Air Force Exchange Services
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712

**Claim No: 12**
*Original Filed
Date:* 07/11/2014
*Original Entered
Date:* 07/11/2014

*Status:*
*Filed by:* CR
*Entered by:* Auto-Claim Filer
*Modified:*

Amount claimed: $5803.61

*History:*

| Details | 12-1 | 07/11/2014 | Claim #12 filed by Army & Air Force Exchange Services, Amount claimed: $5803.61 (Auto-Claim Filer) |

*Description:*

*Remarks:* (12-1) Account Number (last 4 digits):8146

---

*Creditor:* (24779251)
Citibank, N.A.
c/o American InfoSource LP
PO Box 248840
Oklahoma City, OK 73124-8840

**Claim No: 13**
*Original Filed
Date:* 07/28/2014
*Original Entered
Date:* 07/28/2014

*Status:*
*Filed by:* CR
*Entered by:* Auto-Claim Filer
*Modified:*

Amount claimed: $1023.98

*History:*

| Details | 13-1 | 07/28/2014 | Claim #13 filed by Citibank, N.A., Amount claimed: $1023.98 (Auto-Claim Filer) |

*Description:*

*Remarks:* (13-1) Account Number (last 4 digits):7871

---

*Creditor:* (24820601)
American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

**Claim No: 14**
*Original Filed
Date:* 08/11/2014
*Original Entered
Date:* 08/11/2014

*Status:*
*Filed by:* CR
*Entered by:* Thomas A Lee, III
*Modified:*

Amount claimed: $2671.97

*History:*

| Details | 14-1 | 08/11/2014 | Claim #14 filed by American Express Bank, FSB, Amount claimed: $2671.97 (Lee, Thomas ) |

| | |
|---|---|
| *Description:* (14-1) CREDIT CARD DEBT | |
| *Remarks:* | |

| *Creditor:* (24834389)<br>Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | **Claim No: 15**<br>*Original Filed*<br>*Date:* 08/15/2014<br>*Original Entered*<br>*Date:* 08/15/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Thomas A Lee, III<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $773.44 | |
|---|---|---|---|

*History:*

| Details | 15-1 | 08/15/2014 | Claim #15 filed by Capital One, N.A., Amount claimed: $773.44 (Lee, Thomas ) |
|---|---|---|---|

*Description:* (15-1) CREDIT CARD DEBT

*Remarks:*

| *Creditor:* (24855254)<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | **Claim No: 16**<br>*Original Filed*<br>*Date:* 08/25/2014<br>*Original Entered*<br>*Date:* 08/25/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* GE Money Bank<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $2995.05 | |
|---|---|---|---|

*History:*

| Details | 16-1 | 08/25/2014 | Claim #16 filed by Capital Recovery V, LLC, Amount claimed: $2995.05 (GE Money Bank) |
|---|---|---|---|

*Description:*

*Remarks:* (16-1) LOWE'S PLATINUM VISA

| *Creditor:* (24855254)<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | **Claim No: 17**<br>*Original Filed*<br>*Date:* 08/25/2014<br>*Original Entered*<br>*Date:* 08/25/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* GE Money Bank<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $683.51 | |
|---|---|---|---|

*History:*

| Details | 17-1 | 08/25/2014 | Claim #17 filed by Capital Recovery V, LLC, Amount claimed: $683.51 (GE Money Bank) |
|---|---|---|---|

*Description:*

*Remarks:* (17-1) CAR CARE ONE/GECRB

| *Creditor:* (24855254)<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | **Claim No: 18**<br>*Original Filed*<br>*Date:* 08/25/2014<br>*Original Entered*<br>*Date:* 08/25/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* GE Money Bank<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $3225.48 | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 18-1 | 08/25/2014 | Claim #18 filed by Capital Recovery V, LLC, Amount claimed: $3225.48 (GE Money Bank) |

| Description: |
|---|
| Remarks: (18-1) QCARD |

| Creditor:        (24855254)<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | **Claim No: 19**<br>*Original Filed<br>Date:* 08/25/2014<br>*Original Entered<br>Date:* 08/25/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* GE Money Bank<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $6060.96 | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 19-1 | 08/25/2014 | Claim #19 filed by Capital Recovery V, LLC, Amount claimed: $6060.96 (GE Money Bank) |

| Description: |
|---|
| Remarks: (19-1) JCPENNEY REWARDS MASTERCARD |

| Creditor:        (24855254)<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | **Claim No: 20**<br>*Original Filed<br>Date:* 08/25/2014<br>*Original Entered<br>Date:* 08/25/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* GE Money Bank<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $592.14 | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 20-1 | 08/25/2014 | Claim #20 filed by Capital Recovery V, LLC, Amount claimed: $592.14 (GE Money Bank) |

| Description: |
|---|
| Remarks: (20-1) HOME DESIGN-SEWING/GECRB |

| Creditor:        (24855254)<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | **Claim No: 21**<br>*Original Filed<br>Date:* 08/25/2014<br>*Original Entered<br>Date:* 08/25/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* GE Money Bank<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $2491.66 | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 21-1 | 08/25/2014 | Claim #21 filed by Capital Recovery V, LLC, Amount claimed: $2491.66 (GE Money Bank) |

| Description: |
|---|
| Remarks: (21-1) SAM'S CLUB |

| Creditor:        (24855254)<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | **Claim No: 22**<br>*Original Filed*<br>*Date:* 08/25/2014<br>*Original Entered*<br>*Date:* 08/25/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* GE Money Bank<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $1512.55 | |
|---|---|---|---|

*History:*

| Details | 22-1 | 08/25/2014 | Claim #22 filed by Capital Recovery V, LLC, Amount claimed: $1512.55 (GE Money Bank) |
|---|---|---|---|

*Description:*

*Remarks:* (22-1) CARECREDIT/GECRB

| Creditor:        (24857591)<br>PYOD, LLC its successors and assigns<br>as assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | **Claim No: 23**<br>*Original Filed*<br>*Date:* 08/25/2014<br>*Original Entered*<br>*Date:* 08/25/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Resurgent Capital Services<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $928.52 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |

*History:*

| Details | 23-1 | 08/25/2014 | Claim #23 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $928.52 (Resurgent Capital Services) |
|---|---|---|---|

*Description:*

*Remarks:*

| Creditor:        (24857674)<br>PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | **Claim No: 24**<br>*Original Filed*<br>*Date:* 08/25/2014<br>*Original Entered*<br>*Date:* 08/25/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Resurgent Capital Services<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $998.34 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |

*History:*

| Details | 24-1 | 08/25/2014 | Claim #24 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $998.34 (Resurgent Capital Services) |
|---|---|---|---|

*Description:*

*Remarks:*

| Creditor:        (24857674)<br>PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services | **Claim No: 25**<br>*Original Filed*<br>*Date:* 08/25/2014<br>*Original Entered*<br>*Date:* 08/25/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Resurgent Capital Services<br>*Modified:* |
|---|---|---|

PO Box 19008
Greenville, SC 29602

| Amount | claimed: | $5113.91 | |
| Secured | claimed: | $0.00 | |

History:

| Details | 25-1 | 08/25/2014 | Claim #25 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $5113.91 (Resurgent Capital Services) |

Description:

Remarks:

---

| Creditor:     (24857674) PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | **Claim No: 26** *Original Filed Date*: 08/25/2014 *Original Entered Date*: 08/25/2014 | *Status*: *Filed by*: CR *Entered by*: Resurgent Capital Services *Modified*: |

| Amount | claimed: | $105.70 | |
| Secured | claimed: | $0.00 | |

History:

| Details | 26-1 | 08/25/2014 | Claim #26 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $105.70 (Resurgent Capital Services) |

Description:

Remarks:

---

| Creditor:     (24905070) Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | **Claim No: 27** *Original Filed Date*: 09/03/2014 *Original Entered Date*: 09/03/2014 | *Status*: *Filed by*: CR *Entered by*: GE Money Bank *Modified*: |

| Amount | claimed: | $1375.02 | |

History:

| Details | 27-1 | 09/03/2014 | Claim #27 filed by Synchrony Bank, Amount claimed: $1375.02 (GE Money Bank) |

Description:

Remarks: (27-1) Lowe's Visa Rewards or GEMB or GECRB

---

| Creditor:     (24905070) Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | **Claim No: 28** *Original Filed Date*: 09/03/2014 *Original Entered Date*: 09/03/2014 | *Status*: *Filed by*: CR *Entered by*: GE Money Bank *Modified*: |

| Amount | claimed: | $5678.48 | |

History:

| Details | 28-1 | 09/03/2014 | Claim #28 filed by Synchrony Bank, Amount claimed: $5678.48 (GE Money Bank) |
|---|---|---|---|
| Description: | | | |
| Remarks: (28-1) PayPal Smart Connect or GEMB or GECRB | | | |

## Claims Register Summary

**Case Name:** Peter Andrew Treglia, Sr. and Penny Maxine Treglia
**Case Number:** 6:14-bk-03706-CCJ
**Chapter:** 7
**Date Filed:** 03/31/2014
**Total Number Of Claims:** 28

| Total Amount Claimed* | $63643.86 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | | |
| **Administrative** | | |

### PACER Service Center
#### Transaction Receipt
10/23/2014 08:47:08

| PACER Login: | lm0082:2588709:0 | Client Code: | |
|---|---|---|---|
| Description: | Claims Register | Search Criteria: | 6:14-bk-03706-CCJ Filed or Entered From: 1/1/2014 Filed or Entered To: 12/31/2014 |
| Billable Pages: | 3 | Cost: | 0.30 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:14-bk-03706-CCJ
Case Name: Peter Andrew Treglia, Sr.
　　　　　　Penny Maxine Treglia
Trustee Name: Leigh R. Meininger

　　　　　Balance on hand　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Leigh R. Meininger | $ | $ | $ |
| Trustee Expenses: Leigh R. Meininger | $ | $ | $ |

　　　　Total to be paid for chapter 7 administrative expenses　　$_____

　　　　Remaining Balance　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

　　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 1 | Discover Bank | $ | $ | $ |
| 2 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 3 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 4 | First National Bank of Omaha | $ | $ | $ |
| 5 | N. A. Capital One | $ | $ | $ |
| 6 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 7 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 8 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 9 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 10 | N. A. Capital One | $ | $ | $ |
| 11 | American Infosource Lp As Agent For | $ | $ | $ |
| 12 | Army & Air Force Exchange Services | $ | $ | $ |
| 13 | N. A. Citibank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Fsb American Express Bank | $ | $ | $ |
| 15 | N. A. Capital One | $ | $ | $ |
| 16 | Capital Recovery V, Llc | $ | $ | $ |
| 17 | Capital Recovery V, Llc | $ | $ | $ |
| 18 | Capital Recovery V, Llc | $ | $ | $ |
| 19 | Capital Recovery V, Llc | $ | $ | $ |
| 20 | Capital Recovery V, Llc | $ | $ | $ |
| 21 | Capital Recovery V, Llc | $ | $ | $ |
| 22 | Capital Recovery V, Llc | $ | $ | $ |
| 23 | Pyod, Llc Its Successors And Assigns As Assignee | $ | $ | $ |
| 24 | Pyod, Llc Its Successors And Assigns As Assignee | $ | $ | $ |
| 25 | Pyod, Llc Its Successors And Assigns As Assignee | $ | $ | $ |
| 26 | Pyod, Llc Its Successors And Assigns As Assignee | $ | $ | $ |
| 27 | Synchrony Bank | $ | $ | $ |
| 28 | Synchrony Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE